```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN D. SMITH,                                                JUDGMENT
                                                              05-CV- 2586 (DGT)
                Plaintiff,

    -against-
                                                              FILED
                                                              IN CLERK'S OFFICE
JO ANNE B. BARNHART,                                          U.S. DISTRICT COURT, E.D.N.Y.
COMMISSIONER OF SOCIAL SECURITY,
                                                              ★ OCT 31 2005 ★

                Defendant.                                    BROOKLYN OFFICE
------------------------------------------------------------X
```

An Order of Honorable David G. Trager, United States District Judge, having been filed on October 26, 2005, reversing the final decision of the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g); remanding the action to the Commissioner of Social Security for further administrative proceedings including a de novo hearing before an Administrative Law Judge; and directing that upon remand, the Administrative Law Judge will apply 20 C.F.R. § 404.1527(d); it is

ORDERED and ADJUDGED that the final decision of the Commissioner is reversed pursuant to the fourth sentence of 42 U.S.C. § 405(g); that the action is remanded to the Commissioner of Social Security for further administrative proceedings including a de novo hearing before an Administrative Law Judge; and that upon remand, the Administrative Law Judge apply 20 C.F.R. § 404.1527(d).

Dated: Brooklyn, New York
       October 31, 2005

                                                    s/Robert C. Heinemann
                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court